JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hagop Halladjian, | Case No. **CV 09-5645-JFW (AGRx)** |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| The Home Depot U.S.A., Inc., et al., | |
| Defendants. | |

    THE COURT has been advised by counsel that this action has been settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed with prejudice.

Dated: February 25, 2010

JOHN F. WALTER
United States District Judge

(Rev. 2/15/08)