JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGOP HALLADJIAN,<br>          Plaintiff,<br>     v.<br>HOME DEPOT U.S.A., INC.,<br>and TRICAM INDUSTRIES,<br>INC.,<br>          Defendants. | Case No. **CV 09-5645-JFW (AGRx)**<br>**FINAL JUDGMENT** |

WHEREAS, this action was tried by a jury with the Honorable John F. Walter, District Judge, presiding and the jury returned a verdict in favor of Plaintiff, Hagop Halladjian.

WHEREAS, the jury found past medical expenses in the amount of $50,000.00, past non-economic damages in the amount of $90,000.00, and future non-economic damages in the amount of $240,000.00, for a total of $380,000.00.  The jury also found the Defendants 57% at fault and the Plaintiff 43% at fault.  Therefore, the net verdict is $216,600.00

```
 1        IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
 2   DECREED that judgment is entered in this action as follows:
 3
 4        1.   Plaintiff, Hagop Halladjian, shall have judgment
 5             against Defendants, Home Depot U.S.A., Inc. and
 6             Tricam Industries, Inc., jointly and severally, in
 7             the amount of $216,600.00
 8
 9        2.   Plaintiff, Hagop Halladjian, shall recover from the
10             Defendants, Home Depot U.S.A., Inc. and Tricam
11             Industries, Inc., jointly and severally, his costs
12             of suit in the amount of $_____.
13
14        The Clerk is ordered to enter this Judgment.
15
16   Dated: July 14, 2010        _____
                                  John F. Walter
17                                UNITED STATES DISTRICT JUDGE
```